**Phillip WOLFE et al., Appellants, v. Dr. John R. THOMAS et al., Appellees.**

No. 10965.

Court of Civil Appeals of Texas. San Antonio.

May 14, 1941.

Rehearing Denied July 9, 1941.

Hazel & Ruhmann, of Alice, for appellants.

J. B. Trimble and Sidney P. Chandler, both of Corpus Christi, for appellees.

PER CURIAM.

Affirmed without written opinion, on authority of Associated Indemnity Corporation v. Gatling, Tex.Civ.App., 75 S.W.2d 294.